**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-6801 - JFW(MRWx)** | Date: July 27, 2023 |
| Title: | Ricardo Macias -v- Lakeview Farms, et al. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

      In the Court's Scheduling and Case Management Order ("CMO"), the Court set March 20, 2023, as the last day to conduct a Settlement Conference, and March 24, 2023, as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Court's review of the docket, it appears that the parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference by March 24, 2023, and by presumably failing to complete the Settlement Conference by March 20, 2023.

      Accordingly, lead counsel for the parties are ordered to show cause in writing by **July 31, 2023** why the Court should not remand this action or impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the remand of this action and imposition of sanctions.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr