JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MACIAS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LAKEVIEW FARMS; DOES 1 through 20, inclusive,<br><br>                    Defendant. | **CASE NO.:  2:22-cv-6801-SHK**<br><br>*[Hon. Shashi H. Kewalramani; Ctrm. 4]*<br><br>~~[PROPOSED]~~ **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Removed: September 21, 2022<br>Complaint Filed: January 7, 2022<br>Trial Date: October 24, 2023 |

The Court has considered the parties' Stipulation.

Accordingly, IT IS ORDERED that:

    1.     This matter is dismissed with prejudice; and

    2.     Each party is to bear its own costs, as provided for in the Settlement Agreement.


Dated:     February 23, 2024     _____

Shashi H. Kewalramani
UNITED STATES MAGISTRATE JUDGE

4876-1781-4952, v. 1

1